# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HOUSE OF BRANDS KJ PTY LTD., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEX AND ANI, LLC ALEX AND ANI ) <br> SOUTH SEAS, LLC; and OMAR AJAJ, ) <br> individually, ) <br>     Defendants, ) <br> ) | Case. No. 1:18-cv-00494-WES-LDA <br><br> **AFFIDAVIT OF ANDREA RUDA** <br><br> **IN SUPPORT OF ALEX AND ANI, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PREJUDGMENT ATTACHMENT** |

I, Andrea Ruda, on oath hereby depose and state as follows:

1. I am currently the Acting Chief Financial Officer of Alex and Ani, LLC ("Alex and Ani" or "Defendant")

2. I have been in this position since December of 2017.

3. I have personal knowledge of all facts stated in this Affidavit, and if called to testify, I could and would testify competently thereto.

4. The average monthly revenue of Alex and Ani is $15,000,000.

5. Bank of America, N.A, is the administrative agent for a syndicate of lenders who have a first lien on all assets.

6. Alex and Ani has resolved its lawsuit against Bank of America, N.A.



      I, Andrea Ruda, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2019.

_____
Andrea Ruda