## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HOUSE OF BRANDS KJ PTY LTD., <br>         Plaintiff, <br><br>     v. <br><br> ALEX AND ANI, LLC; ALEX AND ANI SOUTH SEAS, LLC; and OMAR AJAJ, individually, <br>         Defendants. | Case. No. 1:18-cv-00494-WES-LDA |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### FOR CLAIMS AGAINST DEFENDANT OMAR AJAJ

Plaintiff House of Brands KJ Pty Ltd. ("Plaintiff") and Defendants Alex and Ani, LLC, Alex and Ani South Seas, LLC, and Omar Ajaj hereby stipulate and agree to the dismissal with prejudice of all claims Plaintiff has brought in this action against Defendant Omar Ajaj, with attorney's fees and costs to be borne by the party incurring the same.

Dated: September 14, 2020

Respectfully submitted and agreed to,

/s/ *Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
Timothy K. Baldwin (#7889)
Whelan Corrente & Flanders LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Tel:  (401) 270-4500
Fax:  (401) 270-3760
RFlanders@whelancorrente.com
TBaldwin@whelancorrente.com

Richard S. Krumholz
(admitted pro hac vice)
Joseph D. Piorkowski
(admitted pro hac vice)
Alexandra Wendt
(admitted pro hac vice)

        NORTON ROSE FULBRIGHT US LLP
        2200 Ross Avenue, Suite 3600
        Dallas, TX 75201
        Tel: (214) 855-8000
        Fax: (214) 855-8200
        richard.krumholz@nortonrosefulbright.com
        joseph.piorkowski@nortonrosefulbright.com
        alexandra.wendt@nortonrosefulbright.com

        *Counsel for Plaintiff*

        */s/ Richard S. Humphrey*
        Richard S. Humphrey (#2920)
        Allyson M. Quay, (#9140)
        The Law Offices of Richard S. Humphrey
        3852 Main Road
        Tiverton, RI 02878
        Tel: (401) 624-6152
        staff@richardhumphreylaw.com

        *Counsel for Defendants Alex and Ani, LLC, Alex and Ani South Seas, LLC, and Omar Ajaj*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Robert G. Flanders, Jr.*
        Robert G. Flanders, Jr.

WC50750