UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HOUSE OF BRANDS KJ PTY LTD.,
     Plaintiff,

v.

ALEX AND ANI, LLC; ALEX AND ANI SOUTH SEAS, LLC; and OMAR AJAJ, individually,
     Defendants.

Case. No. 1:18-cv-00494-WES-LDA

### JOINT MOTION TO STAY

For the reasons stated at the Court's conference held on September 14, 2020, Plaintiff House of Brands KJ Pty Ltd. and the remaining Defendants in the case, Alex and Ani, LLC and Alex and Ani South Seas, LLC, hereby request that the Court stay this action until February 28, 2022. Each of the parties reserves the right to request that the Court lift this stay prior to February 28, 2022.

Dated: September 14, 2020

                                  Respectfully submitted and agreed to,

                                  /s/ *Robert G. Flanders, Jr.*
                                  Robert G. Flanders, Jr. (#1785)
                                  Timothy K. Baldwin (#7889)
                                  Whelan Corrente & Flanders LLP
                                  100 Westminster Street, Suite 710
                                  Providence, RI 02903
                                  Tel: (401) 270-4500
                                  Fax: (401) 270-3760
                                  RFlanders@whelancorrente.com
                                  TBaldwin@whelancorrente.com

                                  Richard S. Krumholz
                                  (admitted pro hac vice)
                                  Joseph D. Piorkowski
                                  (admitted pro hac vice)
                                  Alexandra Wendt
                                  (admitted pro hac vice)
                                  NORTON ROSE FULBRIGHT US LLP

       2200 Ross Avenue, Suite 3600
       Dallas, TX 75201
       Tel: (214) 855-8000
       Fax: (214) 855-8200
       richard.krumholz@nortonrosefulbright.com
       joseph.piorkowski@nortonrosefulbright.com
       alexandra.wendt@nortonrosefulbright.com

*Counsel for Plaintiff*

*/s/ Richard S. Humphrey*
Richard S. Humphrey (#2920)
Allyson M. Quay, (#9140)
The Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878
Tel:  (401) 624-6152
staff@richardhumphreylaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 14, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       */s/ Robert G. Flanders, Jr.*
       Robert G. Flanders, Jr.

WC50750

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HOUSE OF BRANDS KJ PTY LTD., <br>     Plaintiff, <br><br> v. <br><br> ALEX AND ANI, LLC; ALEX AND ANI SOUTH SEAS, LLC; and OMAR AJAJ, individually, <br>     Defendants. | Case. No. 1:18-cv-00494-WES-LDA |

### ORDER ON JOINT MOTION TO STAY

The Court, having considered the Joint Motion to Stay, hereby makes the following ruling:

It is HEREBY ORDERED ADJUDGED AND DECREED that this action shall be stayed until February 28, 2022.

It is FURTHER ORDERED ADJUDGED AND DECREED that nothing in this order shall prevent one or more of the parties to request that the Court lift the stay in this action prior to February 28, 2022.

IT IS SO ORDERED.

**BY ORDER:**                                      **ENTER:**

_____       _____
William E. Smith                                    Clerk
District Judge

Dated: September __, 2020

Agreed as to Form:

/s/ *Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
Timothy K. Baldwin (#7889)
Whelan Corrente & Flanders LLP

100 Westminster Street, Suite 710
Providence, RI 02903
Tel: (401) 270-4500
Fax: (401) 270-3760
RFlanders@whelancorrente.com
TBaldwin@whelancorrente.com

Richard S. Krumholz
(admitted pro hac vice)
Joseph D. Piorkowski
(admitted pro hac vice)
Alexandra Wendt
(admitted pro hac vice)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8000
Fax: (214) 855-8200
richard.krumholz@nortonrosefulbright.com
joseph.piorkowski@nortonrosefulbright.com
alexandra.wendt@nortonrosefulbright.com

*Counsel for Plaintiff*

*/s/ Richard S. Humphrey*
Richard S. Humphrey (#2920)
Allyson M. Quay, (#9140)
The Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878
Tel: (401) 624-6152
staff@richardhumphreylaw.com

*Counsel for Defendants*