UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------x
HOUSE OF BRANDS KJ PTY LTD.,                :
                                             :
    Plaintiff,                              :  **Case No.:** 1:18-cv-00494-WES-LDA
                                             :
    v.                                       :
                                             :
ALEX AND ANI, LLC, a Rhode Island limited   :
liability company;                           :
                                             :
    Defendant.                               :
---------------------------------------------------------------x

## NOTICE OF SUGGESTION OF BANKRUPTCY FOR ALEX AND ANI, LLC, *ET AL.*, AND CERTAIN OF ITS AFFILIATES AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that on June 9, 2021, Alex and Ani, LLC and its affiliates as debtors and debtors in possession (the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the voluntary petition of the lead Debtor, Alex and Ani, LLC, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' chapter 11 cases are pending before the Honorable Judge Craig T. Goldblatt. A motion seeking joint administration of these Chapter 11 Cases under the lead case *In re Alex and Ani, LLC*, Case No. 21-10918 (CTG) (the "Chapter 11 Cases") has been filed with the court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have

been commenced before the commencement of the Chapter 11 Cases, or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[1]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by:  (i) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/alexandani or by calling (888) 733-1434 (Domestic) or (310) 751-2633 (International); (ii) visiting the Bankruptcy Court's website at https://ecf.deb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein; or (iii) contacting any of the following proposed co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Josh A. Sussberg; Allyson B. Smith) and 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: Alexandra Schwarzman), and Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801 (Attn: Domenic E. Pacitti; Michael W. Yurkewicz).

[*Remainder of page intentionally left blank*]

---

[1] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Dated: June 17, 2021 /s/ *Richard S. Humphrey*
Richard S. Humphrey
Richard S. Humphrey Law Office
*Attorney for Defendant*
3852 Main Road
Tiverton, RI 02878

Telephone: (401) 624-6152
Email :    Staff@RichardHumphreyLaw.com

To:
Richard S. Krumholz
Adler, Pollock, & Sheehan P.C.
One Citizens Plaza
Providence, RI 02903
Phone: (401) 274-7200

## CERTIFICATE OF SERVICE

      I, Richard S. Humphrey, certify that on the 17th day of June 2021, I caused to be served, via electronic service a true and correct copy of the foregoing *Notice of Suggestion of Bankruptcy for Alex and Ani LLC, et al., and Automatic Stay of Proceedings,* on the parties listed below.

Dated:  June 17, 2021

/s/ *Richard S. Humphrey*
Richard S. Humphrey
Richard S. Humphrey Law Office
*Attorney for Defendant*
3852 Main Road
Tiverton, RI 02878

Telephone: (401) 624-6152
Email :     Staff@RichardHumphreyLaw.com

**Parties receiving service:**

To:
Richard S. Krumholz
Adler, Pollock, & Sheehan P.C.
One Citizens Plaza
Providence, RI 02903
Phone: (401) 274-7200